ISRAEL M. LEVENTHAL, Respondent, v. LOGAN REALTY CORPORATION, DORA

---

* See Ordinance of December 14, 1926 — January 11, 1927, amdg. Village of Scarsdale Building Zone Ordinance.— [REP.

† Added by Laws of 1923, chap. 564; since amd. by Laws of 1927, chap. 650.— [REP.

WEINSTEIN and SARAH ROSENBLATT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.